## JACQUES LAUZON, ESTHER LAUZON, JAMES ROBERTSON, AND JEAN BAPTISTE VERNIER, JR., DIT LADOUCEUR, *versus* JOHN R. WILLIAMS

JOURNAL ENTRIES (1822): *Journal 3:* (1) Dismissed *p. 295. *Chancery Journal:* (2) Dismissed *p. 55.
PAPERS IN FILE: [None]
*Chancery Case* 22 of 1821.

## BENOIT TREMBLÉ, ADMINISTRATOR, ETC., OF FRANÇOIS TREMBLÉ, DECEASED, *versus* JOSEPH FRANÇOIS MARSAC AND JACQUES MARSAC

JOURNAL ENTRIES (1822): *Journal 3:* (1) Dismissed *p. 296. *Chancery Journal:* (2) Dismissed *p. 55.
PAPERS IN FILE: [None]
*Chancery Case* 23 of 1821.